UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:13-CR-14-RLM |
| | ) | |
| CEDRIC HILL | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on April 9, 2013. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 20), ACCEPTS defendant Cedric Hill's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED: May 1, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court